WILLIAM J. OBERLE, INC. (EUROPEAN AGENCIES CO., INC.) *v.* UNITED STATES

No. 5879.—Invoices dated Koln, Germany, September 22, 1932, and July 26, 1932. Certified October 6, 1932, and August 2, 1932. Entered at New Orleans, La., October 29, 1932, and August 23, 1932. Entry Nos. 831 and 315.

(Decided June 3, 1943)

*Philip Stein* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General (*John J. McDermott*, special attorney) for the defendant.

TILSON, Judge: The two appeals to reappraisement listed above involve the proper dutiable value of certain imported poultry netting, entered at the port of New Orleans.

At the trial of the case counsel for the plaintiff moved that the appraisements be set aside as null and void *ab initio* upon the ground that there had been no legal designation and examination of the merchandise in accordance with the mandatory provisions of section 499 of the act of 1930. In support of this motion counsel relies upon the official record and *United States* v. *Stauffer Eshleman*, Reap. Dec. 5732.

From an examination of the record before me, I am satisfied that the facts herein bring this case squarely within the ruling in the *Stauffer* case, *supra*, following which and the authorities therein cited, I hold the appraisements in these two appeals to be null and void *ab initio*.

Judgment will be rendered accordingly.